**432**

LOUISVILLE AND JEFFERSON COUNTY
BOARD OF ZONING ADJUSTMENT
et al., Appellants,

v.

Ovie DAVENPORT et al., Appellees.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Frank E. Haddad, Jr., Michael O. Mc-Donald, Louisville, for appellants.

Richard C. Porter, Jr., Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

INTERNATIONAL HARVESTER COM-PANY, Appellant,

v.

George DIXON and James R. Yocom,
Comm., etc., Appellees.

Court of Appeals of Kentucky.

Sept. 28, 1973.

William A. Rice, Rice & Huff, Harlan, for appellant.

Goss & Forester, Harlan, Robert D. Hawkins, Dept. of Labor, J. Keller Whitaker, Director Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Ted SIZEMORE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

William C. Ayer, Jr., Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

OLD EQUITY LIFE INSURANCE COM-PANY, Appellant,

v.

Charles SNELLINGS, Jr., Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Watson & Watson, Middlesborough, for appellant.

James S. Wilson, Pineville, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.